# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| VAN A. COBB, | ) | |
| | ) | CIVIL ACTION NO. |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 3:08-cv-00199-JPG-CJP |
| | ) | |
| ILLINOIS CENTRAL RAILROAD, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

This matter having come before the Court, and all parties having stipulated to dismissal with prejudice and without costs,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

NORBERT JAWORSKI

Dated: October 22, 2008          by:s/Deborah Agans, Deputy Clerk


Approved:    s/ J. Phil Gilbert
             **J. PHIL GILBERT**
             **DISTRICT JUDGE**